# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 24, 2015

Lyle W. Cayce
Clerk

No. 14-30527
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DWIGHT STARKEY,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CR-160-4

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Dwight Starkey has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Starkey has not filed a response. We have reviewed counsel's brief
and the relevant portions of the record reflected therein. We concur with
counsel's assessment that the appeal presents no nonfrivolous issue for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-30527

appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.